Eastern District of Kentucky
**FILED**

MAR 3 1 2010

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

AT LEXINGTON
~~LESLIE G WHITMER~~
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Northern DIVISION at Ashland

CIVIL ACTION NO. _____　　(Court Clerk will supply) 0 : 10 cv30 -HRW

Douglas C. Brandon
　PLAINTIFF

VS:　　　　　　　　　　　　　　　　　Demand for Jury Trial:
　　　　　　　　　　　　　　　　　　　Yes (✓) No (___)

Jay K. Musoff
Timothy Coleman　　(do not use "et al.",
Marsh McLennan　　　enter full names)

_____

_____

DEFENDANTS

I.　**Plaintiff:**

　A.　Name (list any aliases): Douglas Colliver Brandon

　B.　Prisoner ID #: 51312-054 Check one: Convicted _X_　Pretrial Detainee ____

　C.　Place of present confinement: FCI- Ashland

　D.　Address: P.O. Box 6000, Ashland, KY 41105

II.　**Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

　A.　Defendant's Name: Jay K. Musoff
　　　Title or Position: Attorney
　　　Place of Employment: Orrick, Herrington + Sutcliff, LLP
　B.　Defendant's Name: Timothy Coleman
　　　Title or Position: Attorney
　　　Place of Employment: Freshfields Bruckhaus Deringer

Page 1 of 8

&EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

| | | |
|---|---|---|
| C. | Defendant's Name: | *Marsh & McLennan Companies* |
| | Title or Position: | |
| | Place of Employment: | *Marsh & Mchennan Companies* |
| D. | Defendant's Name: | |
| | Title or Position: | |
| | Place of Employment: | |
| E. | Defendant's Name: | |
| | Title or Position: | |
| | Place of Employment: | |

## III.    Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A.    What happened? Explain specifically what each Defendant did or failed to do.

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

B.    When did these events happen?

1999-Present

&EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C.   Where did these events happen?

_Damages occurred, claims arose in Easton District of Ky; other Acts in New York Europe And places unknown_

D.   What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

_Art. V + Art. XIV - Due Process_
_Brady v. Maryland_
_Art. VI - Right to Counsel, Right to Counsel_
_Right to be confronted by Adverse witnesses,_
_Right to compulsory process for favorable_
_witnesses; Crawford v. Washington_

IV.  **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A.   **Federal Prisoners** answer the following:   _N/A_

1.   Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES ( ___ )   NO ( _✓_ )

2.   If so, did you (check **ALL** that apply):

_____ file a request or appeal to the Warden            _____ date

_____ appeal to the Regional Director                   _____ date

_____ appeal to the Office of General Counsel           _____ date

3.   ATTACH a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

4.    What was the result?  _N/A_____

_____

_____

5.    If you did not file a grievance, why not? _____

_____

_____

_____

B.    **State Prisoners** answer the following:    _N/A_

1.    Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES (___)  NO (___)

2.    If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

_____ file a grievance and seek an informal resolution    _____ date

_____ request a hearing from the Grievance Committee    _____ date

_____ appeal to the Warden    _____ date

_____ appeal to the Commissioner    _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?

YES (___)  NO (___)    _____ date

3.    **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.    What was the result? _____

_____

_____

5.    If you did not file a grievance, why not? _____

_____

_____

_____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C.    **County or City Prisoners** answer the following:    *N/A*

1.    Is there a grievance/appeal policy at your jail?    YES ( __ )    NO ( __ )
2.    **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

3.    Did you file a grievance regarding these facts?    YES ( __ )    NO ( __ )
4.    If you filed a grievance:

a.  What steps did you take to use the grievance process?  _____

_____

_____

_____

_____

b.  What was the result?  _____

_____

_____

c.  If unsuccessful, did you file an appeal?    YES ( __ )    NO ( __ )
d.  What was the result?  _____

_____

_____

e.  Did you take any further steps in the grievance process?

    YES ( __ )    NO ( __ )    NO MORE AVAILABLE ( __ )

f.  What was the result?  _____

_____

_____

5.    If you did not file a grievance, why not?:  _____

_____

_____

_____

_____

✎EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

## V.  OTHER LAWSUITS

A.  Have you filed any other lawsuit **dealing with the same facts** raised in this action?
YES ( *V* ) NO ( __ ) } *Similar or related facts*

B.  If your answer to question A is **YES**, describe the lawsuit in the space below.
If you filed more than one other lawsuit, provide the same information for each
other lawsuit on additional sheets of paper.

1. PARTIES:
Plaintiff:  *See Exhibit for Similar or*

Defendant(s):
*related facts; S.D.N.Y 2255*
*Habeas Petition*

2. COURT:  (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____  DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs.  Defendant(s) _____

Court Name: _____  Case No.: _____

Nature of Claim: _____  Date Filed: _____

Outcome: _____  Date: _____

2. Plaintiff _____ vs.  Defendant(s) _____

Court Name: _____  Case No.: _____

Nature of Claim: _____  Date Filed: _____

Outcome: _____  Date: _____

SEDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____    Case No.: _____

Nature of Claim: _____    Date Filed: _____

Outcome: _____    Date: _____

## VI.    Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

See Attached Complaint

## VII.    Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Douglas C. Branson_    51312-054    3/25/10

Signature of Plaintiff    Prison ID#    Date

Plaintiff's Address:    FCI Satellite Camp
PO Box 6000
Ashland, Ky ~~405~~ 41105

Page 8 of 8